IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD LEE TUBBS,           )<br>              ) <br>   Petitioner,   )<br>              )<br>   v.           )<br>              )<br>PAROLE AGENT BILL HAZELTON, et al.,  )<br>              )<br>   Respondents.    )<br>_____  ) | No. C 07-6482 MMC (PR)<br><br>**ORDER OF DISMISSAL** |

On December 27, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis ("IFP") application. In said notice, petitioner was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, petitioner was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. Petitioner has not responded to the deficiency notice.

As more than thirty days have passed since the deficiency notice and petitioner has not completed the IFP application or paid the filing fee, the above-titled action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: February 7, 2008

_____
MAXINE M. CHESNEY
United States District Judge